# Court of Appeals
# of the State of Georgia

ATLANTA,  February 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0994. RYAN T. BAXTER v. NORTHWEST BANK, INC.**

Northwest Bank, Inc. filed a complaint against Ryan T. Baxter for a deficiency that remained following the sale of Baxter's vehicle. After Baxter failed to file an answer within 30 days, Northwest Bank filed a motion for default judgment. The trial court ultimately granted the motion and entered a default judgment. Baxter filed a motion to set aside the default under OCGA § 9-11-60 (d), asserting that the trial court lacks personal jurisdiction because he was not properly served. The trial court denied the motion, and Baxter filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116-117 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Baxter's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/24/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , *Clerk.*